## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**Karla Thais Soto-Guldi, et al.,**

    *Plaintiffs*,

**v.**

**Joseph González, et al.,**

    *Defendants*.

Civ. No. 26-01035 (MAJ)

## PARTIAL JUDGMENT

Pursuant to the Order published on this same date, (**ECF No. 28**), Partial Judgment is hereby entered dismissing the claims against Joseph González **WITHOUT PREJUDICE**. Judgment is entered without the imposition of costs and attorney's fees.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 27th day of July, 2026.

        */s/ María Antongiorgi-Jordán*
        **MARIA ANTONGIORGI-JORDAN**
        **UNITED STATES DISTRICT JUDGE**